UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PATRICK LYNN RUSSELL            CIVIL ACTION NO. 13-3248

VERSUS            JUDGE S. MAURICE HICKS, JR.

MS. EVANS, ET AL            MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all **claims in this case are STAYED** pending resolution of the criminal prosecution of Plaintiff, and this **case is administratively closed**.

**IT IS FURTHER ORDERED**, for administrative reasons, that the **Motions for Summary Judgment (Docs. 47, 49 and 50)** are **DENIED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 7th day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE