UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICK LYNN RUSSELL #2103554 | CIVIL ACTION NO. 13-cv-3248 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MS EVANS, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 65) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** until such time as the Heck conditions are met.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of July, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE